John S. Delikanakis, Esq.
Nevada Bar No. 5928
Erin M. Gettel, Esq.
Nevada Bar No. 13877
Jason Yu (*Pro hac vice* forthcoming)
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone (702 784-5200
Facsimile (702) 784-5252
jdelikanakis@swlaw.com
egettel@swlaw.com
jyu@swlaw.com

*Attorneys for Defendants TransGlobal
Holding Co. and TransGlobal Insurance Agency, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Fernando Martinez, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Transglobal Holding Co. and Transglobal Insurance Agency, Inc.,<br><br>Defendants. | Case No. 2:26-cv-01603-RFB-MDC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>**(FIRST REQUEST)** |

Plaintiff Fernando Martinez ("Plaintiff") and Defendants Transglobal Holding Co. ("Holding") and Transglobal Insurance Agency, Inc. ("Agency" and, collectively with Holding, "Defendants"), by and through their undersigned counsel, stipulate and agree that Defendants shall have until **July 24, 2026,** to respond to Plaintiff's Complaint.

1.      Plaintiff filed the initial complaint on May 26, 2026.  ECF No. 1.

2.      Plaintiff served Holding on June 3, 2026, and served Agency on June 16, 2026.

3.      Holding's response to the Complaint is currently due June 24, 2026.  Agency's response to the Complaint is currently due July 7, 2026.

- 1 -

4899-2213-8804

4.      On June 11, 2026, Plaintiff moved to consolidate this action with another action. ECF No. 14.

5.      On June 23, 2026, counsel appeared on behalf of Defendants.  ECF No. 23.

6.      Good cause exists for the requested extension as it will promote judicial economy. The requested extension will align Holding's and Agency's response deadlines. Additionally, Defendants require additional time to investigate the allegations in the Complaint and discuss the same with opposing counsel.  Further, if the two actions are consolidated and Plaintiffs file a consolidated complaint, the instant Complaint will be moot requiring Defendants to file a new responsive pleading.

7.      Plaintiff and the Defendants consent to this request.  This is the first request for extension of time to respond to the Complaint.  The parties respectfully submit that there is good cause for this extension and the requested extension is not for the purpose of delay.

IT IS SO STIPULATED.

- 2 -

4899-2213-8804

Dated: June 25, 2026.

SNELL & WILMER

By: */s/ Erin Gettel*
    John S. Delikanakis (NV Bar #5928)
    Erin Gettel (NV Bar #13877)
    Jason Yu (*Pro hac vice* forthcoming)
    1700 S. Pavilion Center Drive, Ste. 7100
    Las Vegas, NV 89135
    Telephone: (702) 784-5200
    jdelikanakis@swlaw.com
    egettel@swlaw.com
    jyu@swlaw.com

*Counsel for Defendants TransGlobal Holding Co. and TransGlobal Insurance Agency, Inc.*

Dated: June 25, 2026.

CLAGETT & SYKES LAW FIRM

By: */s/ Michael J. Gayan*
    William T. Sykes, Esq. (NV Bar #9916)
    Michael J. Gayan (NV Bar #11135)
    Erica C. Medley, Esq. (NV Bar #13959)
    1160 N. Town Center Drive, Ste. 200
    Las Vegas, Nevada 89144
    Telephone: (702) 655-2346
    wsykes@claggettlaw.com
    mike@claggettlaw.com
    erica@claggettlaw.com

Bart D. Cohen *(admitted pro hac vice)*
Panida A. Anderson *(admitted pro hac vice)*
BAILEY & GLASSER, LLP
1055 Thomas Jefferson St NW, Ste. 540
Washington, DC 20007
Telephone: (202) 463-2101
bcohen@baileyglasser.com
panderson@baileyglasser.com

David D. Bibiyan *(admitted pro hac vice)*
Jennifer Lee *(admitted pro hac vice)*
BIBIYAN LAW GROUP, P.C.
1460 Wilshire Blvd.
Los Angeles, CA 90024
Telephone: (310) 438-5555
david@tomorrowlaw.com
jlee@tomorrowlaw.com

*Attorneys for Plaintiff and the Proposed Class*

SNELL
& WILMER

- 3 -

4899-2213-8804

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Parties' stipulation is GRANTED. Defendants shall have up to and including **July 24, 2026,** to respond to Plaintiff's complaint.

**IT IS SO ORDERED**.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED: 6-29-26

- 4 -

4899-2213-8804