John S. Delikanakis, Esq.
Nevada Bar No. 5928
Erin M. Gettel, Esq.
Nevada Bar No. 13877
Jason Yu (*pending pro hac vice*)
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone (702 784-5200
Facsimile (702) 784-5252
jdelikanakis@swlaw.com
egettel@swlaw.com
jyu@swlaw.com

Attorneys for Defendants TransGlobal Holding Co. and TransGlobal Insurance Agency, Inc.

SNELL & WILMER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FERNANDO MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>TRANSGLOBAL HOLDING CO., et al.,<br><br>Defendants. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (SECOND REQUEST)**<br><br>Case No. 2:26-cv-01603-RFB-MDC |
| EAPEN ZACHARIAS,<br><br>Plaintiff,<br><br>v.<br><br>TRANSGLOBAL INSURANCE AGENCY, INC., et al.<br><br>Defendants. | Case No. 2:26-cv-01655-RFB-NJK |
| CRYSTAL KANG,<br><br>v.<br><br>TRANSGLOBAL INSURANCE AGENCY, INC.,<br><br>Defendants. | Case No. 2:26-cv-01692-APG-DJA |

Plaintiff Fernando Martinez ("Martinez"), Plaintiff Eapen Zacharias ("Zacharias"), and Plaintiff Crystal Kang ("Kang," and collectively with Martinez and Zacharias, "Plaintiffs"), and Defendants Transglobal Holding Co. ("Holding") and Transglobal Insurance Agency, Inc. ("Agency," and collectively with Holding, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree, subject to the Court's approval, as follows:

1. On July 17, 2026, the Court entered an Order Consolidating Cases, consolidating Case No. 2:26-cv-01603-RFB-MDC (Martinez), Case No. 2:26-cv-01655-RFB-NJK (Zacharias), and Case No. 2:26-cv-01692-APG-DJA (Kang), with the Martinez action serving as the lead case.

2. Defendants' deadlines to respond to the complaints in the Martinez and Zacharias actions were previously extended, pursuant to Court-approved stipulations, to July 24, 2026.

3. Kang has provided Defendants with a waiver of service of the Kang complaint. The current deadline for Defendants to respond to the Kang's Complaint is September 15, 2026.

4. Plaintiffs intend to file a single consolidated amended complaint encompassing the claims asserted in the Martinez, Zacharias, and Kang actions.

5. To avoid duplicative filings and promote judicial economy, the parties have conferred and agree that Defendants need not respond to the complaints currently on file, and that Defendants' obligation to respond should instead be addressed through the consolidated amended complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, and subject to the approval of the Court, as follows:

1. Plaintiffs shall have up to and including August 31, 2026, to file a consolidated amended complaint in the lead case, M*artinez v. Transglobal Holding Co., et al.*, Case No. 2:26-cv-01603-RFB-MDC.

2. Defendants' deadline to respond to the complaints currently on file in the Martinez, Zacharias, and Kang actions is suspended and shall not run pending the filing of the consolidated amended complaint.

SNELL & WILMER

3. Defendants' deadline to respond to the consolidated amended complaint shall be governed by the applicable provisions of the Federal Rules of Civil Procedure.

The parties respectfully submit that there is good cause for this stipulation and that it is not sought for purposes of delay.

IT IS SO STIPULATED.

Dated: August 17, 2026

SNELL & WILMER L.L.P.

By: */s/ John Delikanakis*

John Delikanakis (NV Bar #5928)
Erin Gettel (NV Bar #13877)
Jason Yu (*pending pro hac vice*)
1700 S. Pavilion Center Drive, Ste. 7100
Las Vegas, NV 89135
Telephone: (702) 784-5200
Email: jdelikanakis@swlaw.com
egettel@swlaw.com
jyu@swla.com

Attorneys for Defendants TRANSGLOBAL HOLDING CO. and TRANSGLOBAL INSURANCE AGENCY, INC.

Dated: August 17, 2026

BAILEY & GLASSER, LLP

By: */s/ Bart D. Cohen*

Bart D. Cohen (admitted *pro hac vice*)
1055 Thomas Jefferson St NW, Ste. 540
Washington, DC 20007
Telephone: (202) 463-2101
bcohen@baileyglasser.com

David D. Bibiyan (admitted *pro hac vice*)
BIBIYAN LAW GROUP, P.C.
1460 Wilshire Blvd.
Los Angeles, CA 90024
Telephone: (310) 438-5555
david@tomorrowlaw.com

William B. Federman (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com

*Interim Co-Lead Class Counsel*

SNELL & WILMER

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the Parties' stipulation is GRANTED.

1. Plaintiffs shall have up to and including August 31, 2026, to file a consolidated amended complaint in the lead case, Martinez v. Transglobal Holding Co., et al., Case No. 2:26-cv-01603-RFB-MDC.

2. Defendants' deadline to respond to the complaints currently on file in the Martinez, Zacharias, and Kang actions is suspended and shall not run pending the filing of the consolidated amended complaint.

3. Defendants' deadline to respond to the consolidated amended complaint shall be governed by the applicable provisions of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

____________________________________ DATED: 8-20-26

United States District/Magistrate Judge