John S. Delikanakis, Esq.
Nevada Bar No. 5928
Erin M. Gettel, Esq.
Nevada Bar No. 13877
Jason Yu (*pro hac vice forthcoming*)
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone (702 784-5200
Facsimile (702) 784-5252
jdelikanakis@swlaw.com
egettel@swlaw.com
jyu@swlaw.com

*Attorneys for Defendants TransGlobal Holding Co. and TransGlobal Insurance Agency, Inc.*

SNELL & WILMER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FERNANDO MARTINEZ EAPEN ZACHARIAS, and CRYSTAL KANG individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TRANSGLOBAL HOLDING CO., et al.,

Defendants.

**STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT (FIRST REQUEST)**

Case No. 2:26-cv-01603-RFB-MDC

Plaintiff Fernando Martinez ("Martinez"), Plaintiff Eapen Zacharias ("Zacharias"), and Plaintiff Crystal Kang ("Kang," and collectively with Martinez and Zacharias, "Plaintiffs"), and Defendants Transglobal Holding Co. ("Holding") and Transglobal Insurance Agency, Inc. ("Agency," and collectively with Holding, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree, subject to the Court's approval, as follows:

1. On July 17, 2026, the Court entered an Order Consolidating Cases, consolidating Case No. 2:26-cv-01603-RFB-MDC (Martinez), Case No. 2:26-cv-01655-RFB-NJK (Zacharias), and Case No. 2:26-cv-01692-APG-DJA (Kang), with the Martinez action serving as the lead case.

ECF No. 34.

2. To avoid duplicative filings and promote judicial economy, the parties stipulated, and the Court entered an order, extending Defendants' deadlines to respond to the respective complaints and to permit Plaintiffs through August 31, 2026, to file a consolidated amended complaint in the lead case. ECF Nos. 43, 44.

3. On August 31, 2026, Plaintiffs filed the Amended Complaint. ECF No. 45. Defendants' responses to the Amended Complaint are currently due September 14, 2026.

4. Defendants inadvertently miscalendared the deadline to respond to the Amended Complaint, and lead defense counsel is currently out of the country.

5. Accordingly, the Parties stipulate and agree that Defendants' deadlines to respond to the Amended Complaint is extended by two weeks, to September 28, 2026.

6. The Parties respectfully submit that there is good cause for this stipulation and that it is not sought for purposes of delay. This is the first request for extension of time to respond to the Amended Complaint.

SNELL & WILMER

Dated: September 11, 2026

SNELL & WILMER L.L.P.

By: */s/ Erin Gettel*

John Delikanakis (NV Bar #5928)
Erin Gettel (NV Bar #13877)
Jason Yu (*pro hac vice forthcoming*)
1700 S. Pavilion Center Drive, Ste. 7100
Las Vegas, NV 89135
Telephone: (702) 784-5200
Email: jdelikanakis@swlaw.com
egettel@swlaw.com
jyu@swla.com

Attorneys for Defendants
*Transglobal Holding Co. and Transglobal Insurance Agency, Inc.*

Dated: September 11, 2026

BAILEY & GLASSER, LLP

By: */s/ Bart D. Cohen*

Bart D. Cohen (admitted *pro hac vice*)
1055 Thomas Jefferson St NW, Ste. 540
Washington, DC 20007
Telephone: (202) 463-2101
Email: bcohen@baileyglasser.com

William B. Federman (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Email: wbf@federmanlaw.com

David D. Bibiyan (admitted *pro hac vice*)
BIBIYAN LAW GROUP, P.C.
1460 Wilshire Boulevard
Los Angeles, CA 90024
Telephone: (310) 438-5555
Email: david@tomorrowlaw.com

*Interim Co-Lead Class Counsel and Counsel for Plaintiffs and the Putative Class*

SNELL & WILMER

SNELL & WILMER

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the Parties' stipulation is GRANTED. Defendants' responses to the Amended Complaint are due September 28, 2026.

**IT IS SO ORDERED.**

Dated: September 14, 2026

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**